
FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 27 2018

James N. Hatten, Clerk
By: /s/ AMCaudoroche

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOPAZ CRAIG DARDEN,

    Petitioner

v.

D.J. HARMON, Warden, FCI Atlanta
and JEFF SESSIONS, U.S. Attorney
General,

    Respondents

CIVIL ACTION FILE NO.
1:18-CV-1158-ODE-JSA

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed August 29, 2018 [Doc. 7] ("R&R"). No objections have been filed.

In the R&R, Judge Anand recommends that this 28 U.S.C. § 2241 habeas corpus action be dismissed without prejudice. After a thorough analysis, Judge Anand found that Petitioner has failed to exhaust his administrative remedies.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this habeas action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 27 day of September, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE